JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ALLAN H. PALMER,<br><br>    Plaintiff,<br><br>    v.<br><br>CHARLES H. PALMER et al.,<br><br>    Defendants. | Case No. CV 16-05247-JLS (DFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: March 16, 2018

_____
JOSEPHINE L. STATON
United States District Judge